PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*
3:22CR00027

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
24-cr-00417 YGR

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Everett Thomas Mitchell<br>Newark, California | Nevada | U.S. Probation Office |

FILED
July 23, 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | NAME OF SENTENCING JUDGE | |
|---|---|---|
| | Miranda M. Du | |
| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>3/19/2024 | TO<br>3/18/2028 |

**OFFENSE**

False Statement During Purchase of a Firearm in violation of 18 U.S.C. § 922 (a)(6) & 18 U.S.C. § 924 (a)(2)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The client resides in our district and plans to remain here for the duration of supervision.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Northern District of California  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 19, 2024
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 23, 2024
*Effective Date*

*United States District Judge*

1